# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDY W. EKLEBERRY  
4863 FLINTRIDGE CT. #3  
ROCKFORD, IL  61107

SSN-xxx-xx-1856

Case Number: 05-72353

Case filed on: 5/10/2005  
Plan Confirmed on: 2/22/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,127.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ZENON J BIDZINSKI | 3,070.00 | 3,070.00 | 3,070.00 | 0.00 |
|  | Total Legal | 3,070.00 | 3,070.00 | 3,070.00 | 0.00 |
| 004 | WELLS FARGO BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FOUNDERS INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 119.00 | 119.00 | 50.51 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 4,177.92 | 4,177.92 | 1,773.13 | 0.00 |
|  | Total Priority | 4,296.92 | 4,296.92 | 1,823.64 | 0.00 |
| 999 | RANDY W. EKLEBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 123,930.48 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 16,141.53 | 0.00 | 0.00 | 0.00 |
| 034 | CITIZENS COMMUNITY CREDIT UNION | 600.00 | 600.00 | 600.00 | 59.28 |
|  | Total Secured | 140,672.01 | 600.00 | 600.00 | 59.28 |
| 003 | ROCK RIVER WATER RECLAMATION | 172.13 | 8.61 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 41.90 | 2.10 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 30.09 | 1.50 | 0.00 | 0.00 |
| 007 | WINNEBAGO COUNTY STATE'S ATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | WINNEBAGO COUNTY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIZENS COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DONALD R. PEARSON, PH.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DR. STILLWATER COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | J.F. HECKINGER PC | 18,395.00 | 919.75 | 0.00 | 0.00 |
| 019 | KATHRYN BISCHOFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LOGAN COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LOGLI | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MARY ALICE ODLING | 750.00 | 37.50 | 0.00 | 0.00 |
| 023 | MIDWEST TREATMENT CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 209.53 | 10.48 | 0.00 | 0.00 |
| 025 | PORTFOLIO ACQUISITIONS, LLC | 1,097.51 | 54.88 | 0.00 | 0.00 |
| 026 | ALLIED BUSINESS ACCOUNTS INC | 347.20 | 17.36 | 0.00 | 0.00 |
| 027 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SBC LAW DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | COLEEN SENG | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WINNEBAGO COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CITIZENS COMMUNITY CREDIT UNION | 1,321.26 | 66.06 | 0.00 | 0.00 |
| 035 | COLEEN SENG | 9,170.00 | 458.50 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 5,079.40 | 253.97 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 608.88 | 30.44 | 0.00 | 0.00 |
|  | Total Unsecured | 37,222.90 | 1,861.15 | 0.00 | 0.00 |
|  | Grand Total: | 185,425.83 | 9,992.07 | 5,657.64 | 59.28 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Total Paid Claimant:    $5,716.92
Trustee Allowance:    $410.08
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan